**Case No. 23-5760**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA**
Plaintiff-Appellee

vs.

**JIMMY MOORE**
Defendant-Appellant

*On Appeal from the United States District Court
for the Eastern District of Tennessee*

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S REPLY BRIEF**

STEPHEN ROSS JOHNSON
CATALINA L.C. GOODWIN
*RITCHIE, DAVIES, JOHNSON & STOVALL, P.C.*
606 W. Main St., Suite 300
Knoxville, Tennessee 37902
(865) 637-0661
johnson@rdjs.law
goodwin@rdjs.law

*Counsel for Jimmy McLain Moore*

# FIRST MOTION FOR EXTENSION OF TIME TO
# FILE APPELLANT'S REPLY BRIEF

Comes the appellant, Jimmy McLain Moore, through counsel and pursuant to Fed. R. App. P. 26(b) and 6 Cir. R. 26, and herein respectfully moves the Court for a short extension of time to file Mr. Moore's reply brief. Mr. Moore's reply brief is due to be filed electronically by February 6, 2024. Mr. Moore requests a short, 7-day extension to February 13, 2024, for the filing of his reply brief.

In further support of this motion, the appellant submits the following:

1. Mr. Moore's principal brief was originally due October 23, 2023. *See* (Briefing Letter, Doc. 8, p. 1). He filed a request for a short, 14-day extension, which was granted. *See* (Motion for Extension of Time to File Appellant's Principal Brief, Doc. 9); (Briefing Letter, Doc. 10). Mr. Moore filed his principal brief one week later, on November 1, 2023. (Appellant Brief, Doc. 11). The government twice moved for an extension of time to file its principal brief. (Government's Motion for Extension of Time, Docs. 12 and 14). Mr. Moore did not object, and both extensions were granted. (Briefing Schedule, Docs. 14 and 15). The government filed its brief on January 16, 2024. (Brief of the United States, Doc. 16).

2. According to the briefing schedule, Mr. Moore's reply brief is due 21 days after the filing of the last appellee brief, February 6, 2024. (Briefing Schedule, Doc. 15, p. 2).

3. Counsel for Mr. Moore are conducting extensive pretrial motions practice in a criminal civil rights case in the United States District Court for the Western District of Tennessee. The deadline for filing these motions is February 7, 2024.

4. Counsel requests a short, 7-day extension to file the reply brief in this case, which is necessary for counsel to adequately prepare a reply to the government's brief.

Respectfully submitted,

RITCHIE, DAVIES, JOHNSON, & STOVALL, P.C.

/s/Catalina L.C. Goodwin
STEPHEN ROSS JOHNSON (TN BPR #022140)
CATALINA L.C. GOODWIN (TN BPR #038660)
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
johnson@rdjs.law
goodwin@rdjs.law

*Counsel for Jimmy McLain Moore*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. Rule 25(d), I hereby certify that a true and exact copy of the foregoing was forwarded, via the Court's electronic filing ("ECF") system, this 1st day of February, 2024, to:

Debra A. Breneman
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167

*Counsel for the Government*

                                              /s/Catalina L.C. Goodwin
                                              CATALINA L.C. GOODWIN